IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3159 |
| vs. | |
| JASON MICHAEL SIEMER, | ORDER |
| Defendant. | |

Counsel is advised that the court has continued all civil and criminal matters scheduled for in-court appearances between March 17, 2020 and April 3, 2020. See attached General Order 2020-05. Accordingly,

IT IS ORDERED that:

(1) The defendant's motion to continue, Filing no. 37, is granted.

(2) The defendant's two-hour evidentiary hearing and sentencing set for March 18, 2020, are continued until further order of the court. The undersigned's judicial assistant will track this continuance and reset the hearing in due course.

Dated this 16th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge