IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3159 |
| vs. | |
| JASON MICHAEL SIEMER, | ORDER |
| Defendant. | |

Defense counsel has failed to comply with Filing 75. I gave defendant until June 7, 2021, to inform me of the status of his home confinement request and whether he wishes to pursue his compassionate release request. Therefore,

IT IS ORDERED that no later than July 12, 2021, defense counsel shall comply with my previous order. Failure to do so will result in the denial of the compassionate release request without further notice.

Dated this 28th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge