# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3159 |
| vs. | ORDER |
| JASON MICHAEL SIEMER, | |
| Defendant. | |

On June 29, 2021, Bob Creager, Mr. Siemer's counsel, advised me by email that the defendant has been released by the Bureau of Prisons. He therefore concluded that the motion for compassionate release is moot and should be withdrawn or dismissed without prejudice. Therefore,

IT IS ORDERED that the defendant's motion for compassionate release (Filing 69) is moot and dismissed without prejudice. The plaintiff's motion to extend deadline (Filing 74) is denied as moot.

Dated this 29th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge